IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MATTHEW HENDRICKSON,<br><br>        Defendant. | MODIFICATION TO<br>PRETRIAL RELEASE ORDER<br><br>11-cr-0077-wmc |

---

      Without objection by either party, the court's July 15, 2011, pretrial release order is modified in order to facilitate Mr. Hendrickson's placement in the St. Cloud Hospital for a 72-hour mental health commitment. Upon defendant's release from St. Cloud Hospital, he will return immediately to Alpha House, for continuation of his treatment program. All transportation arrangement must be pre-approved by the Probation Office.

      Entered this 5th day of October, 2011.

                                                 BY THE COURT:

                                                 /s/
                                                 _____
                                                 WILLIAM M. CONLEY
                                                 District Judge